NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEONARD P. MACHULAS,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3082

---

Petition for review of the Merit Systems Protection Board in case no. PH1221110241-W-1.

---

**ON MOTION**

---

**ORDER**

The Department of the Air Force moves to recaption to name the Merit Systems Protection Board as respondent.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case. Here, the Board dismissed Mr. Machulas's appeal, "finding that

Mr. Machulas's whistleblowing claim was barred under the doctrine of collateral estoppel due to the prior IRA appeal. Thus, the Board is the proper respondent in this petition for review.

Accordingly,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. The Board's response brief is due within 21 days of the date of filing of this order.

FOR THE COURT

**APR 1 6 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk                ·

cc:  Leonard P. Machulas
     Matthew P. Roche, Esq.
     Keisha Dawn Bell, Esq. (Petitoner's Informal Brief
Enclosed)

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 6 2012

JAN HORBALY
CLERK